UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 10-583 |
| YEKATERINA GUREVICH | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lorraine S. Gerson, Assistant U.S. Attorney), and defendant Yekaterina Gurevich (by Yelena Sharova, Esq.), for an order granting a first continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary; and

(2) Defendant has consented to this continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 29th day of December, 2010

ORDERED that this action be, and it hereby is, continued for a period of 60 days from December 22, 2010; and it is further

ORDERED that the period from December 22, 2010 through February 22, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. FAITH S. HOCHBERG
United States District Judge

Form and entry
consented to:

Lorraine S. Gerson
Assistant U.S. Attorney

Yelena Sharova, Esq.
Counsel for defendant Yekaterina Gurevich